ELLEN F. ROSENBLUM
Attorney General
THOMAS H. CASTELLI  #226448
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  thomas.castelli@doj.oregon.gov
            jill.conbere@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRESTON BERMAN, on behalf of themselves and a class of those similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>OREGON; OREGON STATE HOSPITAL; SARA WALKER, in her official capacity as interim superintendent of the Oregon State Hospital; SEJAL HATHI, in her official capacity as Director of the Oregon Health Authority,<br><br>        Defendants. | Case No.  6:24-CV-01968-MK<br><br>NOTICE OF ASSOCIATION |

Page 1 -    NOTICE OF ASSOCIATION
TC3/nk1/979237707

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Thomas H. Castelli, is counsel of record for defendants in this case.

DATED December 06 , 2024.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General

        *s/ Thomas H. Castelli*
        THOMAS H. CASTELLI #226448
        Senior Assistant Attorney General
        JILL CONBERE #193430
        Assistant Attorney General
        Trial Attorneys
        Tel (971) 673-1880
        Fax (971) 673-5000
        thomas.castelli@doj.oregon.gov
        jill.conbere@doj.oregon.gov
        Of Attorneys for Defendants

Page 2 -   NOTICE OF ASSOCIATION
TC3/nk1/979237707

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on December 06 , 2024, I served the foregoing NOTICE OF ASSOCIATION upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Preston Berman<br>2600 Center St. NE<br>Salem, OR    97301<br>    *Pro Se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |

    *s/ Thomas H. Castelli*
THOMAS H. CASTELLI #226448
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
thomas.castelli@doj.oregon.gov
jill.conbere@doj.oregon.gov
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
           TC3/nk1/Berman 1968 CERT Certificate of Service
                           Department of Justice
                           100 SW Market Street
                           Portland, OR 97201
                    (971) 673-1880 / Fax: (971) 673-5000