ELLEN F. ROSENBLUM
Attorney General
THOMAS H. CASTELLI  #226448
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  thomas.castelli@doj.oregon.gov
           jill.conbere@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRESTON BERMAN, on behalf of themselves and a class of those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>OREGON; OREGON STATE HOSPITAL; SARA WALKER, in her official capacity as interim superintendent of the Oregon State Hospital; SEJAL HATHI, in her official capacity as Director of the Oregon Health Authority,<br><br>    Defendants. | Case No.  6:24-CV-01968-MK<br><br>NOTICE OF ASSOCIATION |

Page 1 -    NOTICE OF ASSOCIATION
            TC3/nk1/979241195

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Jill Conbere, is counsel of record for defendants in this case.

DATED December 06, 2024.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General


        *s/Jill Conbere*
        THOMAS H. CASTELLI #226448
        Senior Assistant Attorney General
        JILL CONBERE #193430
        Assistant Attorney General
        Trial Attorneys
        Tel (971) 673-1880
        Fax (971) 673-5000
        thomas.castelli@doj.oregon.gov
        jill.conbere@doj.oregon.gov
        Of Attorneys for Defendants

Page 2 -   NOTICE OF ASSOCIATION
      TC3/nk1/979241195

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on December <u>06</u>, 2024, I served the foregoing NOTICE OF ASSOCIATION upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Preston Berman<br>2600 Center St. NE<br>Salem, OR   97301<br>    *Pro Se Plaintiff* | ___ HAND DELIVERY<br><u> X </u> MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |

                                                *s/ Jill Conbere*_____
THOMAS H. CASTELLI #226448
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
thomas.castelli@doj.oregon.gov
jill.conbere@doj.oregon.gov
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
        TC3/nk1/Berman 1968 CERT Certificate of Service
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000