ELLEN F. ROSENBLUM
Attorney General
THOMAS H. CASTELLI  #226448
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  thomas.castelli@doj.oregon.gov
           jill.conbere@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRESTON BERMAN, on behalf of themselves and a class of those similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>OREGON; OREGON STATE HOSPITAL; SARA WALKER, in her official capacity as interim superintendent of the Oregon State Hospital; SEJAL HATHI, in her official capacity as Director of the Oregon Health Authority,<br><br>      Defendants. | Case No.  6:24-CV-01968-MK<br><br>DEFENDANTS' MOTION FOR EXTENSION OF TIME |

## LOCAL RULE 7-1 CERTIFICATION

Counsel for the Defendants conferred with Plaintiff Preston Berman regarding this motion on Thursday, December 12, 2024. Plaintiff does not oppose the motion to extend the time to file an answer from December 26, 2024, to January 23, 2025.

Page 1 -    DEFENDANTS' MOTION FOR EXTENSION OF TIME
            TC3/nk1/979602227

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## MOTION

Pursuant to Local Rule 16-3, Defendants move the Court to extend the time to respond to Plaintiff's Complaint to January 23, 2025. The complaint was served December 5, 2024. A response is currently due on December 26, 2024. Defendants' counsel requires additional time to review the legal and factual issues raised by Plaintiff's complaint. The complaint raises constitutional claims and claims under the Americans with Disabilities Act. The complaint together with its exhibits totals 153 pages and includes approximately 100 paragraphs, many with multiple and detailed factual allegations. On December 6, 2024, Plaintiff filed three additional exhibits to the complaint.

Defendants have begun investigating the allegations by identifying employees who will need to be interviewed, interviewing and scheduling interviews with those employees, and identifying and gathering documents for review. Prior to the filing or service of this lawsuit, some individuals necessary to the investigation, including individually named Defendants, scheduled time off coinciding with the end of the year.

Defendant requests an extension of four weeks to continue their investigation into the factual allegations made in the complaint and evaluate potential defenses and legal arguments necessary to prepare a responsive pleading. The extension will not affect any existing deadline, settings, or schedules. As indicated above, the parties have conferred, and Plaintiff does not oppose this motion.

Page 2 -   DEFENDANTS' MOTION FOR EXTENSION OF TIME
TC3/nk1/979602227

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Defendants respectfully request that the Court grant this motion and set the deadline to respond to Plaintiff's complaint to January 23, 2025.

DATED December 13, 2024.

                                            Respectfully submitted,

                                            ELLEN F. ROSENBLUM
                                            Attorney General

                                            *s/ Thomas H. Castelli*
                                            THOMAS H. CASTELLI #226448
                                            Senior Assistant Attorney General
                                            JILL CONBERE #193430
                                            Assistant Attorney General
                                            Trial Attorneys
                                            Tel (971) 673-1880
                                            Fax (971) 673-5000
                                            thomas.castelli@doj.oregon.gov
                                            jill.conbere@doj.oregon.gov
                                            Of Attorneys for Defendants

Page 3 -    DEFENDANTS' MOTION FOR EXTENSION OF TIME
        TC3/nk1/979602227

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on December 13 , 2024, I served the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME** upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Preston Berman<br>2600 Center St. NE<br>Salem, OR   97301<br>*Pro Se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |

*s/ Thomas H. Castelli*
THOMAS H. CASTELLI #226448
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
thomas.castelli@doj.oregon.gov
jill.conbere@doj.oregon.gov
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
        TC3/nk1/Berman 1968 CERT Certificate of Service
                    Department of Justice
                    100 SW Market Street
                    Portland, OR 97201
                (971) 673-1880 / Fax: (971) 673-5000