AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)                FILED 13 DEC '24 16:20USDC-ORP

Civil Action No.    6:24-cv-01968-MTK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **SARA WALKER**
was recieved by me on  **12/05/2024:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **Rick Brown**, a person of suitable age and discretion who resides at **2600 Center St. NE Oregon State Hospital, Salem, OR 97301**, on **12/06/2024 at 3:37 PM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  12/09/2024

_____
Server's signature

**Joseph Shupe**
Printed name and title

749 NW Cypress St
McMinnville, OR 97128

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; TEMPORARY RESTRAINING ORDER; Civil Case Assignment Order; MOTION FOR APPOINTMENT OF COUNSEL; CASE MANAGEMENT ORDER; MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER,  to an individual who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with a mustache.




Tracking #: 0151401835

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    6:24-cv-01968-MTK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **SEJAL HATHI**
was recieved by me on **12/05/2024:**

- [x] I personally served the summons on the individual at **500 Summer Street, NE, E-20, Oregon Health Authority, Salem, OR 97301** on **12/06/2024 at 3:58 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  12/06/2024

Server's signature

**Joseph Shupe**
Printed name and title

**749 NW Cypress St**
**McMinnville, OR 97128**

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; TEMPORARY RESTRAINING ORDER; Civil Case Assignment Order; MOTION FOR APPOINTMENT OF COUNSEL; CASE MANAGEMENT ORDER; MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER,  to SEJAL HATHI with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.**




Tracking #: 0151298816

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

FILED 13 DEC '24 16:20 USDC-ORP

Civil Action No.    6:24-cv-01968-MTK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **OREGON STATE HOSPITAL**
was recieved by me on **12/06/2024**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Rick Brown**, who is designated by law to accept service of process on behalf of **OREGON STATE HOSPITAL** at 2600 Center St. NE Oregon State Hospital, Salem, OR 97301 on 12/06/2024 at 3:37 PM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  12/06/2024

*Server's signature*

**Joseph Shupe**
*Printed name and title*

749 NW Cypress St
McMinnville, OR 97128

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; TEMPORARY RESTRAINING ORDER; Civil Case Assignment Order; MOTION FOR APPOINTMENT OF COUNSEL; CASE MANAGEMENT ORDER; MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER,  to Rick Brown who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with a mustache.




Tracking #: 0151296228

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    6:24-cv-01968-MTK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **OREGON** was recieved by me on **12/05/2024**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **DOJ Attorney General's Office**, who is designated by law to accept service of process on behalf of **OREGON** at 1162 Court Street NE Attorney General's Office, Salem, OR 97301 on 12/05/2024 at 3:59 PM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  12/05/2024

*Server's signature*

**Joseph Shupe**
*Printed name and title*

749 NW Cypress St
McMinnville, OR 97128

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; TEMPORARY RESTRAINING ORDER; Civil Case Assignment Order; MOTION FOR APPOINTMENT OF COUNSEL; CASE MANAGEMENT ORDER; MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, to DOJ Attorney General's Office with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses.




Tracking #: 0151167585