FILED 28 FEB '25 10:38 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**PRESTON BERMAN**
  Plaintiff,

Case No.: 6:24-cv-01968-MTK

v.

**OREGON, et al.**
  Defendant.

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

Pursuant to LR 26-2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: 2-18-25

Signature: *Preston Berman*

Name and OSB ID: Preston Berman

E-mail Address: _____

Firm Name: _____

Mailing Address: 2600 Center St. NE

City, State, Zip: Salem, Oregon, 97301

Parties Represented: Pro Se