DAN RAYFIELD
Attorney General
THOMAS H. CASTELLI #226448
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: thomas.castelli@doj.oregon.gov
       jill.conbere@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRESTON BERMAN, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OREGON; OREGON STATE HOSPITAL; SARA WALKER, in her official capacity as interim superintendent of the Oregon State Hospital; SEJAL HATHI, in her official capacity as Director of the Oregon Health Authority,<br><br>Defendants. | Case No. 6:24-CV-01968-MK<br><br>STIPULATED JUDGMENT OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 4 1(a)(l)(A)(ii), Plaintiff, acting pro se, and Defendants, by and through counsel, hereby stipulate to the dismissal of all claims in this action by Plaintiff against all Defendants, pursuant to an agreed resolution of the matter.

Page 1 -   STIPULATED JUDGMENT OF DISMISSAL
TC3/nk1/983957007
                    Department of Justice
                    100 SW Market Street
                    Portland, OR 97201
                    (971) 673-1880 / Fax: (971) 673-5000

**IT IS SO STIPULATED** this __20__ date of **March, 2025**

*/s/ signature/*

**PRESTON BERMAN**
2600 Center St. NE
Salem, OR 97301-2669
Telephone: (503) 947-2704

Plaintiff, appearing Pro Se


*s/ Thomas H. Castelli*
THOMAS H. CASTELLI #226448
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
thomas.castelli@doj.oregon.gov
jill.conbere@doj.oregon.gov

*Attorney for Defendants*

Page 2 -   STIPULATED JUDGMENT OF DISMISSAL
TC3/nk1/983957007

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on March <u>20</u>, 2025, I served the foregoing **STIPULATED JUDGMENT OF DISMISSAL** upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Preston Berman | ___ HAND DELIVERY |
| 2600 Center St. NE | <u>X</u>  MAIL DELIVERY |
| Salem, OR   97301 | ___ OVERNIGHT MAIL |
| *Pro Se Plaintiff* | ___ TELECOPY (FAX) |
| | ___ E-MAIL |
| | ___ E-SERVE |

*s/ Thomas H. Castelli*
THOMAS H. CASTELLI #226448
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
thomas.castelli@doj.oregon.gov
jill.conbere@doj.oregon.gov
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
         TC3/nk1/Berman 1968 CERT Certificate of Service

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000